**Bradley C. Lechman-Su,** OSB #900826
bradley@bradleylechmansu.com
Bradley Lechman-Su Attorney at Law
1020 SW Taylor St. Suite 880
Portland, OR 97205
(503) 224-0090
Fax: (503) 295-0814
Attorney for Petitioner Fabricio Benevidez

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene Division

In re the Application of:

| | |
|---|---|
| FABRICIO RAUL BENAVIDEZ, | 3'16-cv-00385-AA |
| Petitioner, | |
| and | JOINT STATUS REPORT |
| | International Child Abduction |
| | Remedies Act |
| EMILY ROSE CAMERON, | 22 USC §9001 *et seq.* |
| Respondent | |

The Convention on the Civil Aspects of International Child Abduction,
done at the Hague on 25 Oct. 1980
International Child Abduction Remedies Act, 22 U.S.C. § 9001 *et seq.*

1.   This matter is before the court on Petitioner's (Father's) Verified Petition for Return of Children to Their Habitual Residence (Argentina) under the Convention on the Civil Aspects of International Child Abduction, done at the Hague on 25 Oct. 1980 ("the Convention") and its implementing law, International Child Abduction Remedies Act, 22 U.S.C. § 9001 *et seq.*

*1* JOINT STATUS REPORT

2. On the 9th day of March, 2018, this matter came on for Settlement Conference before the HONORABLE THOMAS COFFIN, District Court Judge, Eugene.

3. Terms of settlement were negotiated and recited on the record and taken down by an official court reporter.

4. A transcript of the recitation has been made, and sent to Petitioner on March 15, 2018. In essence, the agreement is that Ms. Cameron will come to Argentina, and submit herself to the jurisdiction of the Argentinian Court with respect to the custody issue on the children. There are additional terms, such as Respondent paying a certain portion of travel expenses.

5. Since the settlement, the Petitioner has had several Skype sessions with his children. There have been some "bugs" in scheduling but they have been largely worked out.

6. Respondent is prepared to travel to Argentina once the older child is in kindergarten in late August or early September and once the airline ticket purchases have been made.

7. The order reflecting the foregoing should include the Argentine Court name and case number, which was reported to have been filed, but has not been ascertained.

8. Judge Coffin's assistance may be required to complete that step.

Dated this 1st day of June, 2018.

By: /s/ Bradley C. Lechman-Su
    Bradley C. Lechman-Su
    OSB #900826

2 JOINT STATUS REPORT

bradley@bradleylechmansu.com
(503) 224-0900
Attorney for Petitioner


By: /s/ Tiffany A. Harris
Tiffany A. Harris OSB 02318 Attorney at Law
333 SW Taylor St., Suite 300
Portland, Oregon 97204
t. 503.782.4788 f. 503.217.5510
tiff@harrisdefense.com
Attorney for Emily Rose Cameron